# Court of Appeals
# of the State of Georgia

ATLANTA,  March 31, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0301. CHARLIE BRIDGES v. AKSHAY GUPTA et al.**

Following a defense verdict in this medical malpractice case, the trial court ordered attorney Ronny E. Jones to pay $123,740.62 in attorney fees to defendants Akshay Gupta, M.D., and Atlanta Heart Associates, P.C.[1] The award was made under both OCGA § 9-15-14 (b) and OCGA § 9-11-37. Jones filed this application for discretionary appeal from the trial court's ruling.

Although an appeal from an award of OCGA § 9-15-14 attorney fees generally requires a discretionary application, see OCGA § 5-6-35 (a) (1), a direct appeal is permitted when the award is appealed in connection with other matters that are directly appealable. See *Stancil v. Gwinnett County*, 259 Ga. 507, 508 (384 SE2d 666) (1989); see also *Mitcham v. Blalock*, 268 Ga. 644, 646-647 (4) (491 SE2d 782) (1997). A final award of attorney fees under OCGA § 9-11-37 is directly appealable. *Hart v. Redmond Regional Med. Center*, 300 Ga. App. 641, 642 n.6 (686 SE2d 130) (2009). Accordingly, the award in this case — made under both § 9-15-14 and § 9-11-37 — is subject to direct appeal. See id.

We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Jones shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal, he need

---

[1] The order found the defendants were entitled to $247,481.24 in attorney fees, but it ordered payment of $123,740.62 within sixty days.

not file a second notice.

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   03/31/2025_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*